# IN THE SUPREME COURT OF THE STATE OF NEVADA

MYKEL TYREL BROWN,
               Appellant,
        vs.
THE STATE OF NEVADA,
               Respondent.

No. 82451

**FILED**

FEB 26 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from "writs of Habeas Corpus and a motion for modification of sentence." Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

A review of this appeal reveals jurisdictional defects. Specifically, the district court entered its order denying appellant's habeas petition on July 30, 2019. The notice of appeal was filed on February 4, 2021, well beyond the relevant appeal period.[1] *See* NRCP 6. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Additionally, it does not appear that a motion for modification of sentence was filed in the underlying district court case. Accordingly, this court

ORDERS this appeal DISMISSED.

_Parraguirre_, J.

_Stiglich_, J.                     _Silver_, J.
Stiglich                            Silver

---

[1]Appellant has already appealed from the order denying petition for writ of habeas corpus. *See Brown v. State*, Docket No. 79345.

21-05696

cc: Hon. Mary Kay Holthus, District Judge
Mykel Tyrel Brown
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk